United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 05-60473
Summary Calendar

———————————

NIZARALI P. PRASLA,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Appeal from the Board of Immigration Appeals
No. A78 999 751
--------------------

Before JONES, Chief Judge, and WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Nizarali P. Prasla (Petitioner) petitions this court to review the decision of the Board of Immigration Appeals (BIA) entered May 4, 2005, which upheld the decision of the Immigration Judge that the Petitioner be deported. For the reasons stated by the BIA in its order dated May 4, 2005 and for the reasons stated by the Government in its brief, we conclude that the petition for review should be denied.

DENIED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.